| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>**FOR CALENDAR YEAR 2004** | **Report Required by the Ethics**<br>**in Government Act of 1978**<br>**(5 U.S.C. app. §§ 101-111)** |

| 1. Person Reporting (Last name, First name, Middle initial)<br>BIGGERS, NEAL B | 2. Court or Organization<br>U. S. COURTS | 3. Date of Report<br>6/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>SENIOR U. S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br>◯ Nomination,   Date<br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>911 JACKSON AVE., SUITE 388<br>OXFORD, MS 38655-3622 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN 14 A 11:17 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BIGGERS, NEAL B | 6/13/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | State of Mississippi Retirement Benefits | 25,200 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University | April 23-29 - Tucson, AZ, Educational Seminar (Transportation, Meals and Room) |
| 2. | FREE Foundation | July 6-11 - Big Sky, MT, Educational Seminar (Meals and Room) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BIGGERS, NEAL B | 6/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | C. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alcorn County, MS farm | B | Rent | L | W | | | | | |
| 2. Advanced Micro Divis. (Common) | | None | J | T | | | | | |
| 3. Ft. Dearborn Securities (Common) | C | Dividend | L | T | | | | | |
| 4. Biggers Ace Hardware, Corinth, MS (Corp. Shareholder) | A | Dividend | K | W | | | | | |
| 5. MM Account, First National Bank, Oxford, MS | C | Interest | J | T | | | | | |
| 6. British Petroleum (Amoco) (Common) | C | Dividend | M | T | | | | | |
| 7. First National Bank of Oxford | B | Interest | J | T | | | | | |
| 8. Applied Materials | A | Dividend | L | T | | | | | |
| 9. Axcelis Technologies | | None | K | T | | | | | |
| 10. Ultra Pet. (Common) | | None | M | T | | | | | |
| 11. Schering Plough (SGP) Common | B | Dividend | L | T | | | | | |
| 12. JDS Uniphase Common | | None | J | T | | | | | |
| 13. AT&T Wireless | | None | | | Sell | 2/15 | J | | |
| 14. Auto Data Processing | | None | | | Sell | 4/17 | K | | |
| 15. Zoran (ZPAN) Common | | None | | | Sell | 1/25 | J | C | |
| 16. Auto Data Processing | | None | | | Sell | 10/02 | K | A | |
| 17. El Paso Gas (EP) Common | | None | | | Sell | 11/08 | J | C | |
| 18. Interactive Corp. | | None | | | Sell | 9/02 | J | B | |

1. Income/Gain Codes: A =$1,000 or less    B =$1,001-$2,500    C =$2,501-$5,000    D =$5,001-$15,000    E =$15,001-$50,000
   (See Columns B1 and D4)    F =$50,001-$100,000    G =$100,001-$1,000,000    H1 =$1,000,001-$5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001-$50,000    L =$50,001-$100,000    M =$100,001-$250,000
   (See Columns C1 and D3)    N =$250,000-$500,000    O =$500,001-$1,000,000    P1 =$1,000,001-$5,000,000    P2 =$5,000,001-$25,000,000
   P3 =$25,000,001-$50,000,000    P4 =$More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash/Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BIGGERS, NEAL B | 6/13/2005 |

## VII. INVESTMENTS and TRUSTS   -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Conexant Systems (CNX) Common | | None | | | Sell | 9/14 | J | B | |
| 20. JDS Uniphase (JDSU) Common | | None | J | T | | | | | |
| 21. Lucent | | None | L | T | Buy | 4/5 | L | | |
| 22. American Movil | | None | J | T | Buy | 3/14 | J | | |
| 23. Cabelas | | None | J | T | Buy | 2/15 | J | | |
| 24. Applied Materials | | None | J | T | Buy | 1/24 | J | | |
| 25. Encana | | None | K | T | Buy | 1/06 | K | | |
| 26. Adtran | | None | K | T | Buy | 3/05 | K | | |
| 27. Teco Energy | | None | K | T | Buy | 11/8 | K | | |
| 28. Street Tracks Gold Trust | | None | K | T | Buy | 7/08 | K | | |
| 29. Netease.com, Inc. | | None | K | T | Buy | 7/25 | L | | |
| 30. China Fund | | None | K | T | Buy | 12/07 | K | | |
| 31. Nortel Networks | | None | L | T | Buy | 6/15 | L | | |
| 32. Chevron Corp | B | Dividend | L | T | Buy | 7/25 | L | | |
| 33. Hewlett Packard | A | Dividend | K | T | Buy | 6/04 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BIGGERS, NEAL B | 6/13/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date___6/13/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544